UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-1750 CBS |
| | ) |
| JONET CARMONA | ) |
| | ) |

## AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Matthew J. McCarthy, Special Agent of the Bureau of
Immigration and Customs Enforcement, Criminal Investigation
Division, do hereby make oath before the Honorable Charles B.
Swartwood, United States Magistrate Judge for the District of
Massachusetts, that upon personal knowledge coming to me in
connection with my official duties there was issued an indictment
and accompanying warrant of arrest for one Jonet Carmona in the
United States District Court for the Southern District of
Florida, for violation of 18 U.S.C. § 1546(a)(false statement in
immigration document).  I do hereby make oath that on this date I
executed said warrant by arresting Jonet Carmona the District of
Massachusetts and that the above-referenced indictment remains
outstanding in Southern District of Florida.

MATTHEW J. MCCARTHY
Special Agent, ICE

Subscribed and sworn to before me this 3rd day of June, 2004.

CHARLES B. SWARTWOOD
United States Magistrate Judge