UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
vs.                            )    CRIMINAL ACTION
                               )    NO. 04-1750-CBS
JONET CARMONA,                 )
        Defendant,             )
_____)
```

**DECISION ON ISSUE OF IDENTITY**
**June 9, 2004**

**SWARTWOOD, M.J.**

      I.   Nature of the Proceeding

This is a Rule 40 or Commitment To Another District proceeding in which Jonet Carmona ("Mr. Carmona") was arrested in this District in connection with an Indictment that was returned in the United States District Court, Southern District of Florida, charging Mr. Carmona with filing a false statement in an immigration document, in violation of 18 U.S.C. §1546(a).

Mr. Carmona appeared before this Court for his initial appearance on June 3, 2004 and at that time, he was advised of his right to waive removal and voluntarily return to the Southern District of Florida, his right to an identity hearing and his rights under Fed. R. Crim. P. 20. At Mr. Carmona's initial appearance, he was released on conditions and Mr. Carmona's right to an identity hearing was continued to June 8, 2004.

On June 8, 2004, an identity hearing was held and at that hearing, Matthew McCarthy, Special Agent with the Immigration Customs Enforcement Agency, testified on behalf of the Government and was cross-examined by Mr. Carmona's counsel.

## II.  Findings of Fact

1.  After an Indictment was returned in the Southern District of Florida charging Mr. Carmona with filing a false statement in an immigration document, an arrest warrant and an identification information document from the State of Florida, Department of Highway Safety and Motor Vehicles which included a picture of Mr. Carmona, was sent to Special Agent McCarthy to assist him in apprehending Mr. Carmona in this District.  Special Agent McCarthy then obtained information concerning Mr. Carmona's last known address in Massachusetts, went to that address, was told by the person at that address that Mr. Carmona was in the hospital recuperating from an operation, went to the hospital, checked the hospital records and encountered in the hospital room a person identified in those records as Jonet Carmona.  Govt. Ex. 1.

2.  At the time that Mr. Carmona was arrested, he had in his possession a Florida identification card which contained his picture which is identical to the picture contained in Government Exhibit 1.

III. <u>Conclusion</u>

    I find that the person depicted in Government Exhibit 1 is the person charged in the Indictment that was returned in the Southern District of Florida and is the same person who appeared before me and was present in the courtroom during the identity hearing. Additionally, when that person was arrested, he had, in his possession, a Florida identification card with a picture, name and date of birth which matched the information contained in Government Exhibit 1. Therefore, I find that Jonet Carmona, who appeared before me in this District, is the person named in the Indictment that was returned in the Southern District of Florida.

                                       <u>/s/Charles B. Swartwood, III</u>
                                       CHARLES B. SWARTWOOD, III
                                       MAGISTRATE JUDGE