UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

USA

V.

JONET CARMONA

DOCKET NUMBER

04-1750-CBS

## MOTION OF THE DEFENDANT FOR PERMISSION TO AMEND CONDITIONS OF HIS RELEASE

Now comes attorney Raymond A. O'Hara, Esq., counsel for the defendant and states as follows:

At the initial appearance/detention hearing conducted by this Court on June 8, 2004, the defendant was released on condition that he continue to reside with his girlfriend and mother of his children in Lowell, MA.

As a result of his girlfriend discovering the details of the offense with which he has been charged, PreTrial Services Officer Josh Ulrich informs me, and I have confirmed, that the defendant has agreed to leave her home at his girlfriend's request.

The defendant has made arrangements to live with his sister in law, Ms. Clribel Negron at 190 Fr. Morrissette Blvd., Lowell, MA 01854.

The defendant requests that his conditions of release be amended to reflect the new address.

Respectfully submitted,
Jonet Carmona
By his attorney,

DATE: June 18, 2004

Raymond A. O'Hara
1 Exchange Place
Worcester, MA 01608
508 831-7551
BBO#546366