UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

USA

V.

JONET CARMONA

DOCKET NUMBER
04-001750-001

**MOTION OF THE DEFENDANT FOR PERMISSION TO AMEND CONDITIONS OF HIS RELEASE**

Now comes attorney Raymond A. O'Hara, Esq., counsel for the defendant and states as follows:

At the initial appearance/detention hearing conducted by this Court on June 8, 2004, the defendant was released on condition that he continue to reside with his girlfriend and mother of his children in Lowell, MA. He was also required to maintain weekly contact with Pre-Trial Services.

As a result of a disagreement with his girlfriend, this Court gave the defendant permission to live at 190 Fr. Morrissette Blvd., Lowell, MA 01854. Mr. Carmona has since arranged to live at 51 Lane Street, #5, Lowell, MA.

Pre-Trial Services Officer Josh Ulrich informs me that Mr. Carmona has complied with all conditions of his release and does not object to Mr. Carmona's request to change his residence to 51 Lane Street, #5, Lowell, MA.

The defendant requests that his conditions of release be amended to reflect the new address.

Respectfully submitted,
Jonet Carmona
By his attorney,

DATE: October 8, 2004

Raymond A. O'Hara
1 Exchange Place
Worcester, MA 01608
508 831-7551
BBO#546366