UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

USA

V.

JONET CARMONA

DOCKET NUMBER 04-001750-001

## MOTION FOR FUNDS TO ENABLE THE DEFENDANT TO TRAVEL TO THE U.S. FEDERAL DISTRICT COURT IN MIAMI, FLORIDA

Now comes attorney Raymond A. O'Hara, Esq., counsel for the defendant and states as follows:

The defendant in this matter appeared voluntarily in the U.S. District Court in Boston, Massachusetts for a hearing pursuant to Rule 40 of the Federal Rules of Criminal Procedure. The defendant was allegedly the subject of an arrest warrant generated out of the Southern District of Florida which accused him of fraud and misuse of visas.

After a hearing hearing conducted by this Court on June 8, 2004, the defendant was released on condition that he continue to reside with his girlfriend and mother of his children in Lowell, MA. At that time there appeared to be some confusion about when the office of the United States Attorney in Miami, Florida wished to have this defendant appear to answer to the warrant they had issued.

Apparently the Assistant United States Attorney in Miami, Florida originally assigned to the matter had been re-assigned.

Within the last week I have received correspondence from Assistant U. S. Attorney Scott Ray in Florida, seeking my assistance in having Mr. Carmona appear voluntarily in the Federal District Court in Miami.

Mr. Carmona has been found indigent by this Court and I was appointed to represent him through the Criminal Justice Act. At the time of Mr. Carmona's appearance in this Court, he was suffering from an injury that prevented him from gainful employment. It is my understanding that Mr. Carmona is currently, disabled and without means to pay for his transportation to Florida.

Based on my conversations with AUSA Ray, I do not believe that detention will be an issue in the pending matter in Florida.

WHEREFORE, the defendant respectfully requests that this Court order the Office of the United States Marshals to arrange for Mr. Carmona's round-trip transportation to Florida.

DATE: October 8, 2004

Respectfully submitted,
Jonet Carmona
By his attorney,

Raymond A. O'Hara
1 Exchange Place
Worcester, MA 01608
508 831-7551
BBO#546366